PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Larry Best                                        Cr.: 06-00472-001
                                                                    PACTS #: 40561

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: November 27, 2006

Original Offense: Bank Robbery

Original Sentence: 70 months imprisonment, 3 years Supervised Release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 10/02/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  The offender failed to pay the $2,000 fine in full. He has paid a total of $500 towards the fine, leaving a current balance of $1,500.

U.S. Probation Officer Action:
We are respectfully requesting that the offender's supervised release term be allowed to terminate on October 1, 2012 as the Financial Litigation Unit will pursue collection of the remaining fine balance.

Respectfully submitted,

By: Edward J. Irwin
    U.S. Probation Officer
    Date: 09/20/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

9/24/2012
Date